Print this page

# Case # PD-1664-14

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 01/21/2015 05:09:40 PM |
| Case Number | PD-1664-14 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Gary Miller |
| Firm Name | Miller & Lindsey, PLLC |
| Filed By | Gary Miller |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.09 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $3.00 |
| Total Provider Tax Fees | $0.25 |
| Grand Total | $3.34 |

## Payment

| | |
|---|---|
| Account Name | Miller Lindsey Oper. |
| Transaction Amount | $3.34 |
| Transaction Response | |
| Transaction ID | 6345692 |
| Order # | 003853005-0 |

## Petition for Discretionary Review

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Petition for Discretionary Review |
| Filing Description | Petition for Discretionary Review - Pullen |
| Reference Number | 2015-01 |
| Comments | |
| Status | Rejected |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Rejection Information

| Rejection Reason | Time | Rejection Comment |
|---|---|---|
| Other | 01/28/2015 09:35:24 AM | The petition for discretionary review does not contain the identity of Judge, Parties and Counsel [Rule 68.4(a)]. You have ten days to tender a corrected petition for discretionary review. |

## Documents

| | | |
|---|---|---|
| *Attachments* | Appendix.A.Pullen.pdf | [Original] |
| *Lead Document* | Pullen.PDR.final.CCA.file.pdf | [Original] |